ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
**FILED**

NOV - 5 2018

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:18-CR-239-A |
| v. | **[Supersedes Indictment returned on September 19, 2018, as to defendant Cantu only]** |
| SONIA CANTU (02) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
Conspiracy to Possess with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning in or before August 2017, and continuing thereafter until on or around July 11, 2018, in the Fort Worth Division of the Northern District of Texas, defendant **Sonia Cantu**, along with others, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(C), namely, to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)).

ERIN NEALY COX
UNITED STATES ATTORNEY



LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas, 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455