# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: Fleather Arnold
LAW CLERK _____
INTERPRETER:
A.M. 11:00
TOTAL COURT TIME: 22 mins

COURT REPORTER: Debbie Saenz
USPO _____

DATE HELD: November 16, 2018
CSO: Ray Urban

---

CR. No. 4:18-CR-239-A DEFT NO. 02

| UNITED STATES OF AMERICA | § | LAURA MONTES, AUSA |
|---|---|---|
| v. | § | |
| SONIA CANTU | § | WILLIAM, R. BIGGS, APPOINTED |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT/GUILTY PLEA

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered

☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial ✔ Guilty Plea  Days in Trial: _____  Hearing Concluded: ✔ Yes ☐ No

✔ Defendant SWORN.
✔ Arraignment/Guilty Plea - Held on count **1** of the **1**-count Superseding Information.
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
☐ Defense waived reading of the Superseding Information.
✔ Deft enters a plea of   ☐ Not Guilty ✔ Guilty ☐ Nolo
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
✔ Waiver of Indictment, filed.
☐ Plea Agreement accepted.              ☐ Court defers acceptance of Plea Agreement.
☐ Plea Agreement filed                   ✔ No Plea Agreement.
☐ Plea Agreement included with Factual Resume.
✔ Factual Resume filed.
✔ Defendant is adjudged guilty as to Count **1 of Superseding Information.**
✔ Sentencing set **March 1, 2019 at 10:00 a.m.**
☐ Trial set for _____ at _____ a.m./p.m.
  Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
✔ Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed. ✔ **PSI due: January 7, 2019.** ✔ Presentence Referral Form to: William R. Biggs.
☐ Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ forfeited
✔ Deft Custody/Detention continued.
☐ Deft ORDERED into custody.

✔ OTHER PROCEEDINGS: **Govt read the Superseding Information and Waiver of Indictment for the record.**

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
**FILED**
NOV 16 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy