U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 16 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                          No.  4:18-CR-239-A

SONIA CANTU (02)

## WAIVER OF INDICTMENT

I, Sonia Cantu, the above named defendant, who is accused in the Information

with the felony offense of Conspiracy to Possess with Intent to Distribute

Methamphetamine, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)),

being advised of the nature of the charges, the proposed Information, and of my rights,

hereby waive prosecution by Indictment and consent that the proceeding may be by

Information rather than by Indictment.

Signed this _16th_ day of _November_, 2018.


_____                    _____
SONIA CANTU                                              WILLIAM BIGGS
Defendant                                                      Attorney for Defendant

Affirmed in open Court this _16_ day of _November_, 2018.

_____
JOHN H. McBRYDE
United States District Judge