

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 16 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-CR-239-A |
| SONIA CANTU (02) | |

## FACTUAL RÈSUMÈ

I. <u>Plea</u>:

The defendant is pleading guilty to Count One of the Superseding Information, charging Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)).

II. <u>Penalties</u>:

The penalties the Court can impose include:

a. imprisonment for a period not to exceed twenty (20) years;

b. a fine not to exceed one million dollars ($1,000,000), or both such fine and imprisonment;

c. a term of supervised release of not less than three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;

d. a mandatory special assessment of $100;

e. forfeiture of property; and

f. costs of incarceration and supervision.

III. <u>Elements of the Offense:</u>

In order to establish the offense alleged in Count One of the Superseding Information, the government must prove the following elements beyond a reasonable doubt:

<u>First:</u> That two or more persons, directly or indirectly, reached an agreement to possess with intent to distribute a controlled substance, as charged in the Superseding Information;

<u>Second:</u> That the defendant knew of the unlawful purpose of the agreement;

<u>Third:</u> That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

<u>Fourth:</u> That the overall scope of the conspiracy involved a mixture and substance containing a detectable amount of methamphetamine.

IV. <u>Stipulated Facts:</u>



Beginning in or before ~~August~~ 2017, and continuing thereafter until on or around July 11, 2018, in the Fort Worth Division of the Northern District of Texas, defendant Sonia Cantu, along with others, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely, to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

On July 11, 2018, law enforcement stopped a car being driven by co-defendant Bobby Campbell in Fort Worth, Texas. Law enforcement eventually searched the car and found, among other items, ~~approximately 200 grams of~~ methamphetamine. Campbell was arrested. Later that day, law enforcement searched a hotel room associated with Cantu in Fort Worth, Texas. Law enforcement found, among other items, baggies and drug paraphernalia in the hotel room. During a post-Miranda interview, Cantu admitted to obtaining dealer-amount quantities of methamphetamine from Campbell and redistributing the methamphetamine to individuals in the Fort Worth area.

**Factual Resume - Page 2**

Cantu stipulates to the above facts, and admits that she conspired with at least one individual to possess methamphetamine with intent to distribute it.

AGREED AND STIPULATED on this **29th** day of **October**, 2018.

_____  _____
SONIA CANTU                  WILLIAM BIGGS
Defendant                    Counsel for Defendant

**Factual Resume - Page 3**