IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-CR-239-A |
| SONIA CANTU (02) | |

## GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

If the Court determines that defendant Sonia Cantu is entitled to a reduction for Acceptance of Responsibility, and that her offense level is 16 or greater, the government moves that the defendant receive an additional third-point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b). The defendant has assisted authorities in the investigation or prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas, 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on _____, the foregoing Government's Notice Regarding Acceptance of Responsibility was served by first class mail to William Biggs at 115 West 2nd Street, Suite 202, Fort Worth, Texas 76102, counsel for defendant.

_____
LAURA G. MONTES
Assistant United States Attorney